UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CARLOS ARCE,                                              08 CV 3871 (JSR)

                               Plaintiff,

                                                   NOTICE OF APPEARANCE

          -against-

CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, RAY KELLY AS COMMISSIONER OF
NEW YORK CITY POLICE DEPARTMENT,
DETECTIVE SHANE LEFEBVRE TAX ID #922634 and
UNDERCOVER DETECTIVE WITH SHIELD #7689,
AND JOHN DOE OFFICERS 1-10,

                               Defendants.

------------------------------------------------------------------------ x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        Enter my appearance as counsel in this case for defendant CITY OF NEW YORK. I certify that I am admitted to practice in this court.

Dated: New York, New York
       May 12, 2008

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel
                                               of the City of New York
                                            Attorney for Defendant
                                            CITY OF NEW YORK
                                            100 Church Street, Room 3-162
                                            New York, New York 10007
                                            (212) 788-9391
                                            bmyrvold@law.nyc.gov

                                            By:   /s/ Barry Myrvold

To:    Jose A. Muniz               By ECF
        Attorney for Plaintiff