UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

CARLOS ARCE,

                         Plaintiff,

         -against-

CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, RAY KELLY AS COMMISSIONER OF
NEW YORK CITY POLICE DEPARTMENT,
DETECTIVE SHANE LEFEBVRE TAX ID #922634,
UNDERCOVER DETECTIVE WITH SHIELD #7689,
and JOHN DOE OFFICERS 1-10,

                         Defendants.

------------------------------------------------------------------- x

08 CV 3871 (JSR)

**AFFIDAVIT OF SHANE LEFEBVRE**

SHANE LEFEBVRE, being duly sworn, hereby deposes and says:

1. I am employed by the City of New York as a Police Detective, and am currently assigned to the Vice Enforcement Squad in Queens County, and have been assigned to the Vice Enforcement Squad in Queens County since 2002.

2. Vice Enforcement is a division within the Organized Crime Control Bureau responsible for prostitution and gambling investigations. The Queens County Vice Enforcement Squad's offices are located in Elmhurst, New York (northern Queens). The Queens County Vice Enforcement Squad handles prosecution and gambling investigations within the Borough of Queens.

3. On September 7, 2006, I was a member of a team that was conducting an undercover investigation in Queens to catch individuals engaged in prostitution-related activities. Members of the team included an undercover officer (UC7689) who was also assigned to the Queens Vice Enforcement Squad.

4. At about 6:40 P.M. that day, at 63-03 39th Avenue in Woodside, New York, also located in Queens County, a man, who was later identified as Carlos Arce-Segura, offered two females to engage in sexual acts with UC7689 for a fee of $50.00 each.

5. Carlos Arce-Segura was arrested at 63-03 39th Avenue in Woodside, New York, and transported to Queens Vice Enforcement Squad offices located in Elmhurst, New York for arrest processing and, upon information and belief, Carlos Arce-Segura, was transported to a central booking facility in Queens County.

6. Upon information and belief, based on documents or information obtained from Carlos Arce-Segura during arrest processing, on September 7, 2006 Carlos Arce-Segura resided in Queens County; specifically, he resided at 83-36 Beverly Road in Kew Gardens, New York.

_____
Detective Shane Lefebvre

Subscribed and sworn to
before me on May 29, 2008

_____
Notary Public

FRANZ POPPE
Notary Public - State of New York
NO. 01PO4693438
Qualified in Queens County
My Commission Expires May 31, 2011