```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
CARLOS ARCE,                         :
                                     :
              Plaintiff,             :        08 Civ. 3871 (JSR)
                                     :
         -v-                         :        ORDER
                                     :
CITY OF NEW YORK, NEW YORK CITY      :
POLICE DEPARTMENT, RAYMOND KELLY, as :
Commissioner of New York City Police :
Department, DETECTIVE SHANE LEFEBVRE,:
UNDERCOVER DETECTIVE SHIELD #7689,   :
JOHN DOE OFFICERS 1-10,              :
                                     :
              Defendants.            :
------------------------------------ x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-16-08

JED S. RAKOFF, U.S.D.J.

    Plaintiff Carlos Arce seeks to recover damages from defendants under 42 U.S.C. § 1983 for alleged civil rights violations. Defendants City of New York, New York City Police Department and Police Commissioner Raymond Kelly have moved for an order pursuant to 28 U.S.C. § 1404(a) transferring this action to the United States District Court for the Eastern District of New York.

    Defendants' motion to transfer is denied.

    An opinion setting forth the reasons for this ruling will follow in due course.

    SO ORDERED.

Dated: New York, NY
       July 07, 2008

                                              JED S. RAKOFF, U.S.D.J.